The People of the State of Colorado, Petitioner v. David K. Willis, Respondent No. 21SC843
Supreme Court of Colorado, En Banc
May 23, 2022
 
           Court
 of Appeals Case No. 18CA376
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
           CHIEF
 JUSTICE BOATRIGHT would grant as to the following issue:
 
 
 Whether the court of appeals significantly departed from this
 court's most recent unanimity and plain error precedents
 by concluding that the trial court obviously erred by giving
 the jury the model unanimity instruction, which instructs it
 to agree to "all parts" of the verdict, and
 concluding that the error was substantial because it was
 "impossible to be reasonably certain of the reliability
 of the judgment of conviction."
 
 
 1